IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GEORGETTA GRACE ROBLES,<br><br>Plaintiff,<br><br>vs.<br><br>WINTER SPORTS, INC., dba WHITEFISH MOUNTAIN RESORT; and DOES 1-10,<br><br>Defendant. | CV 25-105-M-KLD<br><br>ORDER |

The parties have filed a stipulated Motion to Dismiss. (Doc. 19). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the stipulated motion is GRANTED and the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 15th day of September, 2026.

Kathleen L. DeSoto
United States Magistrate Judge